Midurban Realty Corporation, Appellant, v. Frederick Brown, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Jap C. Muma, Appellant, v. Pompano Horse Club, Inc., Defendant, Impleaded with Paul M. Beacom, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Fox Film Corporation, Appellant, v. Albert H. Woods, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Excello Sales Agents Co., Inc., Appellant, v. Fuller & Sullivan Manufacturing Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Tilly Flatto and Estate of George Fennell, Inc., Respondents, and Rachel Cohen, Appellant, v. Adolph Gotthelf and Others, Defendants; Ruth Lewinson, Receiver, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: Lena Gelb, Judgment Creditor, Respondent, v. Ismaele Landerghini, Judgment Debtor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Johnson & Company, Inc., Respondent, v. George W. Heuer Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Caroline B. Ehrle, Appellant, v. Sutton Place Apartments, Inc., and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [137 Misc. 122.]

Asbestos Textile Company, Respondent, Appellant, v. J. P. Devine Company and J. P. Devine Manufacturing Co., Inc., Appellants, Respondents.— Order so far as appealed from affirmed, without costs. (See Shepard v. Wood, 116 App. Div. 861.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Charles J. Harvey, Respondent, v. Jacob R. Schwartz, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.